IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


JAMIE LYNN ABRAHAM,
Plaintiff,

                vs.                              Case No. 3:14cv130/LC/MD


CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,
Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 31, 2015 (doc. 16).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED** and the clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of September, 2015.


                              s/L. A. Collier                              
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**